UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TRESSA METCALF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| V. | ) | **CASE NO. 7:16-CV-409-D** |
| | ) | |
| CHUCK WALTERS, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that this court lacks of personal jurisdiction over the defendant. See [D.E. 12, 12-1]. Thus, the court GRANTS defendant's motion to dismiss [D.E. 11]. Defendant's motion for attorney's fees [D.E. 11] is DENIED.

**This Judgment Filed and Entered on April 24, 2017, and Copies To:**

| | |
|---|---|
| Tressa Metcalf | (Sent to 1145 Magnolia Dr. Aberdeen, NC 28315 via United States Mail) |
| Eric R. Martinson | (via CM/ECF Notice of Electronic Filing) |
| Kristi Lyn Gavalier | (via CM/ECF Notice of Electronic Filing) |
| Gregory Wenzl Brown | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| April 24, 2017 | (By) /s/ Nicole Briggeman |
| | Deputy Clerk |